JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                    Plaintiff,<br><br>     v.<br><br>KOUNTRY FOLKS RESTAURANT, et al.,<br><br>                    Defendants. | Case No.  EDCV 18-1346-GW(AGRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

     Based upon the Notice of Dismissal [17], it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

     IT IS SO ORDERED.

Dated: October 19, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE